[No. 28444-1-III. Division Three. July 29, 2010.]

M. STANLEY SLOAN, *Appellant*, v. HORIZON CREDIT UNION, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-01066-2, Annette S. Plese, J., entered August 18, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28636-3-III. Division Three. July 29, 2010.]

GFI-WENATCHEE INVESTMENTS LIMITED PARTNERSHIP, *Respondent*, v. FOR THE LOVE OF IT, LLC, ET AL., *Defendants*, JAMES HASSETT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-2-00014-4, John E. Bridges, J., entered November 4, 2009. *Reversed* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 62247-1-I. Division One. August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMICKO BILLIE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00029-5, Richard McDermott, J., entered August 25, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Spearman, JJ.

[No. 62659-1-I. Division One. August 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC PAUL DAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05213-1, Christopher A. Washington, J., entered October 22, 2008. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Appelwick and Lau, JJ.